Gumkowski v Schwaab (2025 NY Slip Op 07140)

Gumkowski v Schwaab

2025 NY Slip Op 07140

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: MONTOUR, J.P., SMITH, GREENWOOD, NOWAK, AND KEANE, JJ.

816 CA 25-00388

[*1]KATHLEEN GUMKOWSKI, AS ADMINISTRATOR OF THE ESTATE OF GREGORY GUMKOWSKI, DECEASED, AND KATHLEEN GUMKOWSKI, INDIVIDUALLY, PLAINTIFF-RESPONDENT,
v
THOMAS SCHWAAB, M.D., MEGHAN KURTZ, P.A., CHRISTINE PIERI, R.N., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

HURWITZ & FINE, P.C., BUFFALO (V. CHRISTOPHER POTENZA OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
THE DEMPSEY FIRM PLLC, BUFFALO (CATHERINE B. DEMPSEY OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered July 25, 2024, in a medical malpractice action. The order, insofar as appealed from, denied that part of the motion of defendants Thomas Schwaab, M.D., Meghan Kurtz, P.A., and Christine Pieri, R.N. for summary judgment dismissing the complaint and cross-claims against them. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Gumkowski v Schwaab ([appeal No. 2] — AD3d — [Dec. 23, 2025] [4th Dept 2025]).
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court